**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Trisha M. Thomas** | Social Security number or ITIN **xxx–xx–6899** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **18–24792–JAD**

## Order of Discharge                                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Trisha M. Thomas

<u>4/3/19</u>                                                                             **By the court:**   <u>Jeffery A. Deller</u>
                                                                                                                  United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-24792-JAD
Trisha M. Thomas                                                          Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: admin              Page 1 of 1              Date Rcvd: Apr 03, 2019
                              Form ID: 318             Total Noticed: 14

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2019.
db             +Trisha M. Thomas,    502 Fourth Street,    Monongahela, PA 15063-2109
14964536       +FBCS, Inc.,    330 South Warminster Road--Suite 353,    Hatboro, PA 19040-3433
14964537        Hayt, Hayt & Landau,   Meridian Center I,    Two Industrial Way West,    P.O. Box 500,
                 Eatontown, NJ 07724-0500
14964539       +PNC Bank,   Consumer Loan Center,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4704
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 04 2019 02:08:45      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
14964531        EDI: CAPITALONE.COM Apr 04 2019 07:15:00      Capital One,   P.O. Box 30285,
                 Salt Lake City, UT 84130-0285
14964532        EDI: RMSC.COM Apr 04 2019 07:15:00      CareCredit/Synchrony Bank,
                 Attn: Bankruptcy Department,    P.O. Box 965064,    Orlando, FL 32896-5064
14964533       +E-mail/Text: bankruptcy@cavps.com Apr 04 2019 02:09:00      Cavalry Portfolio Services,
                 500 Summit Lake Drive--Suite 400,    Valhalla, NY 10595-2322
14964534       +E-mail/Text: bankruptcy@cavps.com Apr 04 2019 02:09:01      Cavalry Portfolio Services,
                 P.O. Box 520,    Valhalla, NY 10595-0520
14964535        EDI: CHASE.COM Apr 04 2019 07:14:00      Chase,   P.O. Box 15298,    Wilmington, DE 19850-5298
14964538       +E-mail/Text: key_bankruptcy_ebnc@keybank.com Apr 04 2019 02:08:58      KeyBank,
                 Bankruptcy Department,    OH-01-51-4002,    4910 Tiedeman Road,    Cleveland, OH 44144-2338
14965087       +EDI: PRA.COM Apr 04 2019 07:13:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14964540        E-mail/Text: bankruptcy@bbandt.com Apr 04 2019 02:08:30      Sheffield Financial,
                 6010 Golding Center Drive,    Winston Salem, NC 27103-9815
14964541        EDI: WFFC.COM Apr 04 2019 07:14:00      Wells Fargo Dealer Svcs. BK Department,    MAC T9017-026,
                 P.O. Box 168048,    Irving, TX 75016-8048
                                                                                              TOTAL: 10

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK NATIONAL   ASSOCIATION
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2019 at the address(es) listed below:
              Charles O. Zebley, Jr.   on behalf of Debtor Trisha M. Thomas COZ@Zeblaw.com, Lori@Zeblaw.com,
               Janet@Zeblaw.com
              James Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Pamela J. Wilson    pwilson@pjwlaw.net, pwilson@ecf.axosfs.com
              Pamela J. Wilson    on behalf of Trustee Pamela J. Wilson pwilson@pjwlaw.net,
               pwilson@ecf.axosfs.com
                                                                                              TOTAL: 5
```